

**FILED**
7/8/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**



MAR 23 2016
3-23-16

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-3562
Judge Elaine E. Bucklo
Magistrate Judge Michael T. Mason
PC 5

Antonio Parker

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.** **Plaintiff(s):**

    A.    Name: _Antonio Parker_

    B.    List all aliases: _N/A_

    C.    Prisoner identification number: _20160205128_

    D.    Place of present confinement: _Cook County Dept. Of Corrections_

    E.    Address: _901 E. 104th St. Apt. B208 CHGO, IL. 60628_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Thomas Dart_

            Title: _Sheriff of Cook County_

            Place of Employment: _Cook County Dept. of Corrections_

    B.    Defendant: _N/A_

            Title: _N/A_

            Place of Employment: _N/A_

    C.    Defendant: _N/A_

            Title: _N/A_

            Place of Employment: _N/A_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _N/A_

B.    Approximate date of filing lawsuit: _N/A_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.    List all defendants: _N/A_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F.    Name of judge to whom case was assigned: _N/A_

G.    Basic claim made: _N/A_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I.    Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Antonio Parker. I'm currently incarcerated at the Cook County Department of Corrections (CCDOC). This letter is to further help me in filing a civil lawsuit against the CCDOC. I'm asking for legal assistance for violation of my rights. This lawsuit is being filed for being housed under inhumane conditions. The living conditions are that of a condemned building. Showers are full of mold, rust, mildew, asbestos in the air, cold showers, etc. This division is full of rodents, cockroaches, knats, and other insects. During my time there, after numerous attempts, I've not once recieved religious services. The building in question is Division 1. The unit is E4 Cell 11. I was housed in the building during 05/27/15 to 07/01/15. Since then the building have been closed. If possible can you please respond to my request for legal assistance so that I can move on with the procedures.

Revised 9/2007

Revised 9/2007

V.     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking compensation for pain and suffering, mental anguish, add any other punitive damages.

VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _15_ day of _March_ , 20 _16_

(Signature of plaintiff or plaintiffs)

Antonio Parker

(Print name)

2016020512 8

(I.D. Number)

CCDOC

2700 S. California Ave

Chicago, IL. 60608

(Address)

6                                            Revised 9/2007



Antonio Parker #2016205128
Division 2 Dorm 1 F House
P.O. Box 089002
Chicago, IL. 60608

16-cv-3562
Judge Elaine E. Bucklo
Magistrate Judge Michael T. Mason
PC 5

Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago, IL. 60604